Filed
D.C. Superior Court
10/27/2020 13:38PM
Clerk of the Court
4942044

# AFFIDAVIT OF SERVICE

| Case: 2020 CA 004056 V | Court: DISTRICT OF COLUMBIA SUPERIOR COURT CIVIL DIVISION Civil Actions Branch | County: Washington, DC |
|---|---|---|
| Plaintiff / Petitioner: MARY THEODORE | | Defendant / Respondent: UBER TECHNOLOGIES, et al. |
| Received by: Patriot Process Service | | For: Youjin Law Group |
| To be served upon: Nima Sabbaghian | | |

I, Aaron Alberts, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**EXHIBIT B**

Recipient Name / Address:   Nima Sabbaghian
4740 Bradley Blvd • Apt. 314
Chevy Chase, MD 20815

Manner of Service:   Personal/Individual, Oct 23, 2020, 2:57 pm EDT

Documents:   Summons;
Complaint;
Initial Order and Addendum;
Plaintiff's First Request for Admissions;
Plaintiff's First Request for Production of Documents;
Plaintiff's First Set of Interrogatories to Defendant

Additional Comments:
1) Bad Address: Oct 10, 2020, 2:49 pm EDT at 4740 Bradley Blvd • Apt. 308, Chevy Chase, MD 20815
New tenants (3). Moved in 2 months ago.

2) Successful Attempt: Oct 23, 2020, 2:57 pm EDT at 4740 Bradley Blvd • Apt. 314, Chevy Chase, MD 20815 received by Nima Sabbaghian. Age: 50; Ethnicity: Middle Eastern; Gender: Male; Weight: 184; Height: 5'8"; Hair: Black; Eyes: Brown;

Recipient accepted paperwork personally.

_____   October 26, 2020
Aaron Alberts                Date

Patriot Process Service
3900 Jermantown Rd Suite 300
Fairfax, VA 22030
703-385-5300
info@PatriotProcess.com

State/Commonwealth of   VIRGINIA
☐ City   ☒ County of   PRINCE WILLIAM
Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

October 26, 2020   October 31, 2023   173948
Date           Commission Expires   Reg. No.

Charles T. Proffitt
Commonwealth of Virginia
Notary Public
Commission No. 173948
My Commission Exp. 10/31/2023