**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| MARY J. THEODORE | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 2020 CA 004056 V |
| | | Hon. Hiram E. Puig-Lugo |
| UBER TECHNOLOGIES, INC, *et al.*, | * | Next Event: Initial Conf. – 12/18/2020 |
| Defendants. | * | |

EXHIBIT J

\*      \*      \*      \*      \*      \*      \*

**NOTICE OF REMOVAL FILING**
**TO THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Please take notice that, pursuant to 28 U.S.C. §§ 1441 *et seq.*, Defendant Nima Sabbaghian, by and through its undersigned counsel, has filed the Notice of Removal attached hereto as Exhibit A (without its exhibits) in the United States District Court for the District of Columbia.

Respectfully Submitted,

*/s/ Jennifer H. Fitzgerald*

Jennifer H. Fitzgerald (#1034726)

*/s/ Diana Kobrin*

Diana Kobrin (#105148)
The Law Offices of Frank F. Daily, P. A.
11350 McCormick Road
Executive Plaza III, Suite 704
Hunt Valley, MD  21031
(410) 584-9443; Fax: (410) 584-9619
JFitzgerald@FrankDailyLaw.com
DKobrin@FrankDailyLaw.com
*Attorneys for Defendant, Corina Spruill*

2

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY on the 6th day of November, 2020, a copy of the foregoing Notice of Removal was e-filed and served via CaseFileXpress upon:

Y. Kris Lee, Esquire
Youjin Law Group PPLC
1200 G Street NW, Suite 800
Washington, D.C. 20005
kris@youjinlaw.com
*Attorney for Plaintiff*

Kathryn G. Grace, Esquire
Wilson Elser Moskowitz Edelman
  & Dicker, LLP
8444 Westpark Drive, Suite 510
McLean, VA  22102

Dalton E. Patterson, Esquire
Wilson Elser Moskowitz Edelman
  & Dicker, LLP
1500 K Street, Suite 330
Washington, D.C. 20005
*Counsel for Defendants Uber Technologies, Inc,*
*Raiser, LLC, and Raiser-DC, LLC*

                                              */s/Diana Kobrin*
                                        _____
                                                Diana Kobrin